IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THE CAPE, LLC, A FLORIDA LIMITED
LIABILITY COMPANY, RIVERVIEW ALF
OPERATOR, LLC, A FLORIDA LIMITED
LIABILITY COMPANY, STEVEN D.
CIANCIO, CHRISTOPHER FINLEY, ET AL,

      Appellants,

 v.                   Case No. 5D22-445
                            LT Case No. 2019-CA-28708

U.S. BANK, NATIONAL ASSOCIATION,
IN ITS CAPACITY AS TRUSTEE,

      Appellee.
_____/

Decision filed August 8, 2023

Appeal from the Circuit Court
for Brevard County,
George T. Paulk, Judge.

Tucker H. Byrd, Scottie N. McPherson and
Andrew M. Domingoes, of Byrd Campbell,
P.A., Winter Park, for Appellants.

Edward M. Wenger, of Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC, Washington,
D.C., for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., LAMBERT and JAY, JJ., concur.